UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

JERRY MCCRARY,
)
   Petitioner,      )
)
  vs.         )    Case No. 4:07CV584 CEJ
)
JAMES PURKETT,     )
)
   Respondent.    )

## <u>ORDER</u>

   This matter is before the Court for review of petitioner's petition for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.

   Petitioner's application for habeas relief has not been filed on a court-provided form. Both this Court's Local Rule 2.06(A) and Rule 2(d) of the Rules Governing Section 2254 Cases in the United States District Courts give this Court the authority to order petitioner to amend his petition by filing it on a court-provided form. Because of the manner in which the instant petition is drafted makes it difficult to review, the Court will order petitioner to amend it using the court-provided form.

   Accordingly,

   **IT IS HEREBY ORDERED** that the Clerk of Court shall forward to petitioner, with a copy of this Order, the form for filing a "Petition Under 28 U.S.C. § 2254 for Writ of Habeas Corpus by a Person in State Custody."

**IT IS FURTHER ORDERED** that petitioner shall complete the form and return it **no later than May 7, 2007**.

**IT IS FURTHER ORDERED** that if petitioner fails to complete and return this form by May 7, 2007, the Court will dismiss this action without prejudice.

**IT IS FURTHER ORDERED** that upon petitioner's filing of the form petition, the Clerk shall resubmit this matter to the Court for review pursuant to Rule 4 of the Rules Governing § 2254 Cases.

Dated this 4th day of April, 2007.

_____
UNITED STATES DISTRICT JUDGE